

Home | Help | Sign In

Track & Confirm       FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7099 3400 0011 3697 9864**
Detailed Results:

- **Delivered, June 11, 2007, 4:34 am, WASHINGTON, DC 20530**
- **Notice Left, June 11, 2007, 3:14 am, WASHINGTON, DC 20530**
- **Arrival at Unit, June 11, 2007, 12:00 am, WASHINGTON, DC 20022**

**Track & Confirm**
Enter Label/Receipt Number.
7099 3400 0011 3697 9871

( Go > )

( < Back )     ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

  POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust                Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy