

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7099 3400 0011 3697 9871**
Detailed Results:

- **Delivered, June 12, 2007, 4:47 am, WASHINGTON, DC 20530**
- **Notice Left, June 12, 2007, 3:13 am, WASHINGTON, DC 20530**
- **Forwarded, June 08, 2007, 11:59 am, WASHINGTON, DC**
- **Arrival at Unit, June 08, 2007, 11:58 am, WASHINGTON, DC 20001**

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

 **POSTAL INSPECTORS**
Preserving the Trust

site map  contact us  government services  jobs  **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

