AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THOMAS L. JONES
Federal Correctional Institution
P. O. Box 1000
Cumberland, MD 21501

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

THE UNITED STATES

Defendant.

CASE NUMBER: 07-943 CKK

TO: (Name and address of Defendant)

Honorable Alberto Gonzales
Attorney General of the United States
U.S. Department of Justice
10th Street & Constitution Avenue, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Shapiro
James E. Simpson
Swick & Shapiro, P.C.
1225 Eye Street, N.W. Suite 1290
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                               5/30/2007

CLERK                                                         DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/11/07 |
| NAME OF SERVER (PRINT) Taisha J. Hayes | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES Certified Mail | TOTAL 5.55 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/07      *Taisha J. Hayes*
            Date                Signature of Server

1225 I St. NW Ste. 1290 Wash, DC 20020
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help | Sign In



Track & Confirm     FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: **7099 3400 0011 3697 9864**
Detailed Results:
- **Delivered, June 11, 2007, 4:34 am, WASHINGTON, DC 20530**
- **Notice Left, June 11, 2007, 3:14 am, WASHINGTON, DC 20530**
- **Arrival at Unit, June 11, 2007, 12:00 am, WASHINGTON, DC 20022**

**Track & Confirm**

Enter Label/Receipt Number.
7099 3400 0011 3697 9871

( Go > )

( < Back )    ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

 POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts** 
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy