AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

THOMAS L. JONES
Federal Correctional Institution
P. O. Box 1000
Cumberland, MD 21501

Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

THE UNITED STATES

Defendant.

CASE NUMBER: **07-943 CKK**

TO: (Name and address of Defendant)

Jeffery A. Taylor
U.S. Attorney for the District of Columbia
Judiciary Center
555 Fourth Street, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Shapiro
James E. Simpson
Swick & Shapiro, P.C.
1225 Eye Street, N.W. Suite 1290
Washington, D.C. 20005

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**

CLERK

(By) DEPUTY CLERK

DATE 5/30/2007

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 6/12/07 |
| NAME OF SERVER (PRINT) Taisha J. Hayes | TITLE Paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified Mail

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES Certified Mail | TOTAL 5.55 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/27/07          *Taisha J. Hayes*
              Date                Signature of Server

1225 1st. NW Ste 1290 Wash. DC 20005
               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

USPS - Track & Confirm

Page 1 of 1




**UNITED STATES POSTAL SERVICE**®

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

### Search Results

Label/Receipt Number: 7099 3400 0011 3697 9871
Detailed Results:

- Delivered, June 12, 2007, 4:47 am, WASHINGTON, DC 20530
- Notice Left, June 12, 2007, 3:13 am, WASHINGTON, DC 20530
- Forwarded, June 08, 2007, 11:59 am, WASHINGTON, DC
- Arrival at Unit, June 08, 2007, 11:58 am, WASHINGTON, DC 20001

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )   ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )


POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   National & Premier Accounts
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy



http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do

6/27/2007