UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. JONES<br>Federal Correctional Institution<br>P.O. Box 1000<br>Cumberland, MD 21501<br><br>    Plaintiff<br> v.<br><br>THE UNITED STATES<br><br>    Defendant. | Civil Action No.: 07-0943 (CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendant in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2007, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **David H. Shapiro**, via Electronic Case Filing (ECF).

**David H. Shapiro**
**James E. Simpson**
Swick & Shapiro, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C.  20005

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov