UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. JONES, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) |
| UNITED STATES, | ) Civil Action No. 07-943(CKK) ) |
| Defendant. | ) ) ) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

FIRST DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

SECOND DEFENSE

To the extent that the substantive law of the District of Columbia has limitations (statutory or common law) on Plaintiff's cause of action or damages, Plaintiff's claim is subject thereto.

THIRD DEFENSE

Answering specifically the numbered paragraphs of Plaintiff's complaint, utilizing the same paragraph numbering, the United States ("Defendant") admits, denies, and otherwise answers as follows:

Introduction

1. Plaintiff's introductory statements serve as his characterization of the events giving rise to his complaint and require no response. To the extent the introductory statement is factual in nature, the Defendant denies any and all allegations of negligence.

Jurisdiction

2. Admitted, except that under the Federal Tort Claims Act, the only proper defendant is the United States.

Venue

3.    Admitted, that venue is proper in this jurisdiction. Plaintiff's allegations of negligence on the part of Defendant are specifically denied.

Statement of Facts

4.    Defendant is without sufficient information to admit or deny the allegations contained in paragraph four (4). The allegations contained in paragraph four (4) are Plaintiff's conclusions of law to which no response is required. To the extent that the allegations are factual in nature, the United States denies any and all allegations of negligence.

5. Defendant is without sufficient information to admit or deny the allegations contained in paragraph five (5). The allegations contained in paragraph five (5) are Plaintiff's conclusions of law to which no response is required. To the extent that the allegations are factual in nature, Defendant denies any and all allegations of negligence.

6. Defendant is without sufficient information to admit or deny the allegations contained in paragraph six (6). The allegations contained in paragraph six (6) are Plaintiff's conclusions of law to which no response is required. To the extent that the allegations are factual in nature, the Defendant denies any and all allegations of negligence.

7.    Defendant is without sufficient information to admit or deny the allegations contained in paragraph seven (7). The allegations contained in paragraph seven (7) are Plaintiff's conclusions of law to which no response is required. To the extent that the allegations are factual in nature, Defendant denies any and all allegations of negligence.

With respect to the allegations contained in the paragraph titled "Wherefore," the United States avers that those allegations constitute plaintiff's prayer for relief to which no answer is required. To the extent that the allegations in the "Wherefore," paragraph may be deemed to contain allegations of fact, those allegations are denied.

Dated: September 21, 2007              Respectfully Submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202)514-7157
kenneth.adebonojo@usdoj.gov


ATTORNEYS FOR DEFENDANT