UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS L. JONES,<br><br>    Plaintiff<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-943(CKK)<br>)<br>)<br>)<br>) |

**MOTION TO ENLARGE TIME TO CONDUCT DISCOVERY**

  The United States of America ("Defendant") hereby moves for an extension of time to conduct discovery for sixty days up to and including June 30, 2008.  Currently, discovery ends on April 30, 2008.  Good cause exists to grant this motion.

  1. Defendant has been unable to complete discovery because, for some, if not the entire discovery period, Plaintiff has been incarcerated.  Also, Defendant has been unable to complete discovery due to the press of business.

  2. Simultaneous with discovery, the parties have discussed settlement.  Mediation before the Judge Kay is scheduled for June 10, 2008.

  3. Defendant requests the additional time to complete paper discovery and conduct Plaintiff's deposition.

  4. Defendant anticipates that this brief extension will be minimally disruptive to the current scheduling order and not unduly delay trial.  At a minimum, it appears the extension will move the items on the scheduling order back sixty (60) days each.

  5. Pursuant to LCvR 7(m), Defendant contacted Plaintiff's counsel to seek his consent to this extension but has not heard back as of this filing.

WHEREFORE, Defendant respectfully requests that this enlargement be granted. A minute order is respectfully requested.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Telephone (202) 514-7157
Facsimile (202)514-8780
kenneth.adebonojo@usdoj.gov

ATTORNEYS FOR DEFENDANT