UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **THOMAS L. JONES** | : |
| Plaintiff | : |
| v. | : Civil Action No. **07cv943** |
|  | : Judge Colleen Kollar-Kotelly |
| **UNITED STATES** | : |
| Defendant | : |

## ORDER

This matter is before the Court on Plaintiff's *Motion to Enlarge Time to Conduct Discovery* [13]. The court shall require the parties (Plaintiff and Defendant) to set out a joint discovery plan as to what discovery would be completed within the requested sixty-day extension. It appears that six months has elapsed and paper discovery has not been completed. Once the joint discovery plan is received, the Court will consider the Motion.

Accordingly, it is this 6th day of May, 2008,

**ORDERED** that the parties shall file a Joint Discovery Plan by May 9, 2008, setting out what discovery will be completed within this extended discovery period.

_____
COLLEEN KOLLAR-KOTELLY
**United States District Judge**