UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. JONES, | ) |
|       Plaintiff | ) Civil Action No. 07-943(CKK) |
| v. | ) |
| UNITED STATES, | ) |
|       Defendant. | ) |

**JOINT STATUS REPORT AS TO DISCOVERY PLAN**

Pursuant to this Court's order, the Parties conferred telephonically and submit the following Status Report as to a Discovery Plan, setting out dates or date ranges, in the event the Court extends discovery, for the exchange of written discovery/supplemental written discovery, fact depositions and expert reports and depositions, if any:

1. **WRITTEN DISCOVERY**:

The parties shall exchange written and/or supplemental written discovery by May 16, 2008. Responses to the parties' written and/or supplemental written discovery and Fed. R. Civ. P. 26(a)(2)(B) reports, if any, shall be due by June 16, 2008.

2. **DEPOSITIONS**:

The parties shall conduct all depositions by July 14, 2008. The parties anticipate no more than 3-5 depositions each including experts, if any.

3. **SETTLEMENT**

The parties have been engaged in settlement discussions and remain open to continued settlement discussions.

4. **STATUS CONFERENCE**

The parties respectfully request that the status conference set for May 16, 2008, be rescheduled for a date after the close of discovery.

| | |
|---|---|
| May 9, 2008 | Respectfully submitted, |
| For Plaintiff: | |

_____/s/_____
JAMES SIMPSON
SWICK & SHAPIRO, P.C.,
1225 Eye Street, NW,
Washington, DC 20005-3914
(202)842-0300

For Defendant:

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
UNITED STATES ATTORNEY

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building, Room E4808
555 4th Street, NW
Washington, D.C. 20530
Tel: (202) 514-7157
Fax: (202) 514-8780

## CERTIFICATE OF SERVICE

      I hereby certify that, on May 9, 2008, I caused a true and correct copy of the foregoing to be served on Plaintiff's Counsel

    James Simpson
    SWICK & SHAPIRO, P.C.,
    1225 Eye Street, NW,
    Washington, DC 20005-3914

and via the Court's ECF system.

                                                   /s/_____
                                                 KENNETH ADEBONOJO
                                                 Assistant United States Attorney