UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THOMAS L. JONES,<br><br>        Plaintiff<br><br>v.<br><br>UNITED STATES,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 07-943(CKK)<br>)<br>)<br>)<br>) |

## MOTION TO ENLARGE TIME TO TAKE PLAINTIFF'S DEPOSITION

The United States of America ("Defendant") hereby moves for an extension of time to take Plaintiff's deposition for fourteen (14) days.  Currently, discovery ends on July 14, 2008.  Good cause exists to grant this motion.

1.    The parties have been diligently engaged in discovery, including the exchange of paper discovery.  The parties have also engaged in some settlement discussions.

2.    Briefly, on the merits, it appears that Plaintiff alleges that he sustained an injury while being transported by the United States Marshal Service but the Marshal Service has no records of such an accident.  Plaintiff's deposition should help with clarifying this issue.

3.    Defendant requests this additional two-week extension in order to be able to take Plaintiff's deposition.  Plaintiff has not taken any depositions either.

4.    This brief extension should have little or no effect on the Court's calendar regarding this matter.

5.    Pursuant to LCvR 7(m), Plaintiff opposes Defendant's request "at this time."

WHEREFORE, Defendant respectfully requests that this enlargement be granted.  A minute order is respectfully requested.

Respectfully submitted,

_/s/_____
JEFFREY A. TAYLOR, DC Bar#498610
United States Attorney

_/s/_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
Telephone (202) 514-7157
Facsimile (202)514-8780
kenneth.adebonojo@usdoj.gov

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that service of the foregoing Defendant's Motion to Enlarge Time to Complete Plaintiff's Deposition was made via the Court's ECF System, this 14th day of July, 2008 to:

David H. Shapiro
James E. Simpson
Swick & Shapiro, P.C.
1225 Eye Street, NW - Suite 1290
Washington, D.C. 20005

                    ___/s/_____
                    KENNETH ADEBONOJO