UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS L. JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Civil Action No. 07-943 (CKK) |

**ORDER**
(August 1, 2008)

On August 1, 2008, the parties notified the Court that they had reached a settlement in principle in the above-captioned case. Pursuant to that notification, it is, this 1st day of August, 2008, hereby

**ORDERED** that this case is DISMISSED. The dismissal shall be without prejudice until September 1, 2008. Should counsel fail to move to extend or to reopen the case before that date, the matter shall, without further order, stand dismissed **with** prejudice; it is further

**ORDERED** that the Status Hearing scheduled on August 1, 2008, in Courtroom 28A before this Court, is vacated.

**SO ORDERED.**

                                                                          /s/
                                                            COLLEEN KOLLAR-KOTELLY
                                                            United States District Judge